**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTONY C. STITH, | ) | 1:05-cv-00023-AWI-WMW P |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| HARRELL WATTS, JOSEPH GUNJA, PAUL M. SCHULTZ, and JESSE GONZALEZ, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Defendants have requested an extension of time in which to respond to the complaint. Good cause appearing, defendants' time to respond to the complaint is extended to January 16, 2006.

IT IS SO ORDERED.

**Dated:   October 19, 2005**           /s/  **William M. Wunderlich**
j14hj0                                                    UNITED STATES MAGISTRATE JUDGE