UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY STITH, | ) | 1:05-CV-00023-AWI-WMW-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | |
| HARREL WATTS, et al., | ) | (Doc. 40) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of October 4, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/  William M. Wunderlich
j14hj0                                  UNITED STATES MAGISTRATE JUDGE